Rodney A Bustillo
A019-325-551
Wyatt Detention
950 High Street
Central Falls RI
            02863

Clerks Office
John Joseph Moakley
U.S Court House
1 Court house way, suite 2300
Boston, MA 02210

To whom it may concern:

    I would like to first say god bless and that I wish you and your family well for I have no hate in my blood, I have now been detain over 18 months away from my family away from my children for what reason I still ask myself. We have so many people in this country that are doing nothing for there self nor there familys and yet these are the people who walk the streets.

    Everyday when I look at the news I say to myself how is it that the Country I put ny life on the line for can do this to me and do this to my children for they are the once who are realy being affected by this, living life with out a father coming to jail to see there father through a glass like he is some kind of a killer they don't understand but they still love and I ask you what can any one of you say to my children when they get older and they ask why.

    What can this Country say to them and how can they (lie) well your dad plead out 10 years ago to a crime and never did any time in jail but but because he is from another country we don't want him here.

    If your not from this country your nobody that is the message that this country is give everyone and it's not right we need to start looking at what is realy going on before it's to late. All I ask is fearness (JUstice) that was how this Country started but how will we (end) God sees all he never sleeps it's time that we weak up as a people (God Bless all).

    I also ask the Court to please check and see wy it is that the (DHS) keeps moveing me around so much I have been in four diffrent Detentions Centers it's like there trying to not just confuse me! but also the court's I just hope that this doesn't delay my case that is pending (Habeas Corpus) for my Immediate release. I ask the Court to also let me know were I stand at this time with the courts, if there might be a decision near. If the court might have some a Idea I respectfully request for some kind of reply again I would like the court to know that I have been moved again this is the new address. Wyatt Detention Center
            950 High Street
            Central Falls RI 02863

I have also sent a copy of my new address to the (DHS) District Counsel
Department of homeland Sec
15 New sudbury Street
Boston, MA 02203

How much longer should I suffer and my wife and children suffer they need my suppoert just like any other family in this Country what makes my family so Diffrent my children don't need a father I need to know and so do thay.

    Thank you for your time.

                              Sincerly